**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Korey James Moyer                      CHAPTER 13

                 Debtor(s)

                                                         BKY. NO. 24-10006 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                                     Respectfully submitted,

                                                /s/ *Michael Farrington*
                                                Michael Farrington
                                                05 Jan 2024, 15:19:45, EST

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322

Document ID: fc90acedfae85e1ffecd3cfbb323c3745020b660e73c7b336ab35939ad5a4d3d