Certificate Number: 05781-PAE-DE-038105382

Bankruptcy Case Number: 24-10006



05781-PAE-DE-038105382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2024, at 10:38 o'clock AM PST, Korey Moyer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 17, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President