# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Korey James Moyer, | : | Chapter 13 |
| Debtor | : | Case No.:  24-10006-pmm |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed February 2, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on February 2, 2024:*

Jane Fraser, CEO
Citibank, N.A.
388 Greenwich Street
New York, NY 10013

Donna LoStocco, CEO
First Commonwealth FCU
6126 Hamilton Blvd
Allentown PA 18106

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on February 2, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of LoanDepot.Com, LLC
bkgroup@kmllawgroup.com

Michael Patrick Farrington, Esquire on behalf of LoanDepot.Com, LLC
mfarrington@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                        **ROSS, QUINN & PLOPPERT, P.C.**

                                      By:    */s/ Joseph Quinn*
                                                  Joseph Quinn, Esquire
                                                  Attorney I.D. No. 307467
                                                  192 S. Hanover Street, Suite 101
                                                  Pottstown, PA 19464
                                                  T: 610.323.5300
                                                  F: 610.323.6081
                                                  jquinn@rqplaw.com
Date:  February 2, 2024                  Counsel for Debtor