United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10006-pmm
Korey James Moyer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jul 18, 2024     Form ID: 155     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Korey James Moyer, 4480 Prestwick Drive, Reading, PA 19606-8903 |
| 14843338 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14843339 | | Jordan Felzer, Esq., American Express Legal, The Pavilion, 261 Old York Road, Suite 832, Jenkintown, PA 19046 |
| 14844586 | + | LOANDEPOT.COM, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14861129 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14843347 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14851601 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2024 00:21:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14843334 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2024 00:20:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14843335 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 00:05:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14847748 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 00:20:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14843336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 00:21:10 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14845650 | | Email/Text: mrdiscen@discover.com | Jul 18 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14843337 | + | Email/Text: mrdiscen@discover.com | Jul 18 2024 23:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14843338 | + | Email/Text: debtres@firstcomcu.org | Jul 19 2024 00:00:00 | First Commonwealth FCU, 6126 Hamilton Blvd, Allentown, PA 18106-9711 |
| 14853909 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:20:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843340 | + | Email/Text: bknotification@loandepot.com | Jul 19 2024 00:00:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 14843341 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:05:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14843342 | | Email/Text: camanagement@mtb.com | Jul 19 2024 00:00:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14843343 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 19 2024 00:00:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box |

Case 24-10006-pmm   Doc 26   Filed 07/20/24   Entered 07/21/24 00:35:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | 3000, Merrifield, VA 22119-3000 |
| 14850672 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 19 2024 00:00:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14859303 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 23:59:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14843344 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 23:59:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14843345 | + | Email/Text: bknotice@raslavrar.com | Jul 18 2024 23:59:00 | RAS LAVRAR LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14843346 | | Email/Text: bankruptcy@td.com | Jul 19 2024 00:00:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14861664 | ^ | MEBN | Jul 18 2024 23:57:41 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14856379 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2024 00:20:59 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14843348 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2024 00:20:47 | Wf Bank Na, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |
| 14844451 | ^ | MEBN | Jul 18 2024 23:58:06 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14857263 | + | Email/Text: bknotification@loandepot.com | Jul 19 2024 00:00:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Korey James Moyer CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 155 | Total Noticed: 28 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Korey James Moyer<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10006−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 18, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court