| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10006-PMM

Korey James Moyer
4480 Prestwick Drive
Reading  PA    19606

Petition Filed Date: 01/02/2024
341 Hearing Date: 02/27/2024
Confirmation Date: 07/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $229.00 | | 09/03/2024 | $229.00 | | 10/03/2024 | $229.00 | |
| 11/04/2024 | $229.00 | | 12/04/2024 | $229.00 | | 01/03/2025 | $229.00 | |
| 02/03/2025 | $229.00 | | 03/05/2025 | $229.00 | | 04/02/2025 | $229.00 | |
| 05/05/2025 | $229.00 | | 06/03/2025 | $229.00 | | 07/03/2025 | $229.00 | |

**Total Receipts for the Period: $2,748.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,361.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,437.00 | $3,990.14 | $446.86 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $596.80 | $0.00 | $596.80 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,017.82 | $0.00 | $1,017.82 |
| 3 | FIRST COMMONWEALTH FCU »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU »» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $3,718.22 | $0.00 | $3,718.22 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 005 | Unsecured Creditors | $2,250.43 | $0.00 | $2,250.43 |
| 7 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,797.98 | $0.00 | $1,797.98 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $658.23 | $0.00 | $658.23 |
| 9 | WELLS FARGO BANK NA »» 008 | Unsecured Creditors | $21,542.31 | $0.00 | $21,542.31 |
| 10 | LOAN DEPOT »» 009 | Mortgage Arrears | $1,037.54 | $0.00 | $1,037.54 |
| 11 | PNC BANK »» 010 | Unsecured Creditors | $11,200.91 | $0.00 | $11,200.91 |
| 12 | M&T BANK »» 011 | Unsecured Creditors | $13,052.88 | $0.00 | $13,052.88 |
| 13 | M&T BANK »» 012 | Unsecured Creditors | $11,016.43 | $0.00 | $11,016.43 |
| 14 | TD BANK NA »» 013 | Unsecured Creditors | $5,940.00 | $0.00 | $5,940.00 |

**Chapter 13 Case No. 24-10006-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,361.00 | Current Monthly Payment: | $229.00 |
| Paid to Claims: | $3,990.14 | Arrearages: | ($14.00) |
| Paid to Trustee: | $370.86 | Total Plan Base: | $13,736.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.