Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Korey James Moyer
4480 Prestwick Drive
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10006-PMM**

Petition Filed Date: 01/02/2024
341 Hearing Date: 02/27/2024
Confirmation Date: 07/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $229.00 | | 09/03/2025 | $229.00 | | 10/03/2025 | $229.00 | |
| 11/03/2025 | $229.00 | | 12/04/2025 | $229.00 | | 01/05/2026 | $229.00 | |
| 02/02/2026 | $229.00 | | 03/05/2026 | $229.00 | | 04/02/2026 | $229.00 | |
| 05/04/2026 | $229.00 | | 06/02/2026 | $229.00 | | 07/06/2026 | $229.00 | |

**Total Receipts for the Period: $2,748.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,109.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,437.00 | $4,437.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $596.80 | $0.00 | $596.80 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $1,017.82 | $0.00 | $1,017.82 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $3,718.22 | $43.21 | $3,675.01 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $2,250.43 | $19.61 | $2,230.82 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,797.98 | $15.67 | $1,782.31 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $658.23 | $0.00 | $658.23 |
| 9 | WELLS FARGO BANK NA<br>»» 008 | Unsecured Creditors | $21,542.31 | $312.84 | $21,229.47 |
| 10 | LOAN DEPOT<br>»» 009 | Mortgage Arrears | $1,037.54 | $1,037.54 | $0.00 |
| 11 | PNC BANK<br>»» 010 | Unsecured Creditors | $11,200.91 | $162.65 | $11,038.26 |
| 12 | M&T BANK<br>»» 011 | Unsecured Creditors | $13,052.88 | $189.54 | $12,863.34 |

**Chapter 13 Case No. 24-10006-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | M&T BANK<br>»» 012 | Unsecured Creditors | $11,016.43 | $159.98 | $10,856.45 |
| 14 | TD BANK NA<br>»» 013 | Unsecured Creditors | $5,940.00 | $86.27 | $5,853.73 |
| 15 | CITIBANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,109.00 | Current Monthly Payment: | $229.00 |
| Paid to Claims: | $6,464.31 | Arrearages: | ($14.00) |
| Paid to Trustee: | $577.39 | Total Plan Base: | $13,736.00 |
| Funds on Hand: | $67.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.